UNITED STATES DISTRICT COURT     **MAKE JS-6**
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV-12-7230-R**           Date: AUGUST 24, 2012

Title:    NATIONAL IMPROVEMENT FUND, LLC -v- SOPHIE VOLOVNIK
==========================================================================
PRESENT:  HONORABLE MANUEL L. REAL, JUDGE

        Kane Tien                 None Present
      Courtroom Deputy             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

   None                          None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) SUA SPONTE REMANDING ACTION TO
                 STATE COURT

**A district court must remand a case to state court "if at any time before final judgment it appears that the district court lacks subject matter jurisdiction." 28 U.S.C. 1447(c). Because this is an unlawful detainer action, a federal question does not present itself. See Indymac Federal Bank, F.S.B. v. Ocampo, No. CV 09-2337, 2010 WL 234828, \*2 (C.D. Cal. Jan. 13, 2010) (sua sponte remanding an action to state court for lack of subject matter jurisdiction where plaintiff's complaint contained only an unlawful detainer claim). As such, this case is now REMANDED TO STATE COURT.**

   **IT IS SO ORDERED.**

   cc: counsel of record

MINUTES FORM 11                  Initials of Deputy Clerk ___KTI____
CIVIL -- GEN

cc: Superior Court of California
   Northwest District/Van Nuys Court
   Case no. 12B02919